UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONG HWA USA, INC.,<br><br>                      Plaintiff,<br><br>            -against-<br><br>USF COLLEECTIONS, INC. d/b/a USF COLLECTIONS, INC.,<br><br>                      Defendant. | 21 Civ. 3579 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Plaintiff has filed a motion for temporary restraining order and preliminary injunction (the "Motion," Dkt. No. 5). It is hereby

**ORDERED** that by **April 26, 2021**, Plaintiff shall serve a copy of the Motion, supporting papers and this Order on Defendant and file proof of service. It is further

**ORDERED** that by **May 10, 2021**, Defendant shall file any opposition per the Individual Rules. By **May 17, 2021**, Plaintiff shall file any reply.

Dated:  April 22, 2021
           New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE