UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BONG HWA USA, INC.,

        Plaintiff,    21 Civ. 3579 (LGS)

   -against-       ORDER

USF COLLEECTIONS, INC.,

        Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the initial pre-trial conference is scheduled for July 1, 2021, at 11:00 a.m.

  WHEREAS, the parties have not submitted a joint letter and proposed case management plan per the Individual Rules.

  WHEREAS, the parties have submitted letters stating that Defendant concedes to Plaintiff's requested preliminary injunctive relief (Dkt. Nos. 18, 19). Accordingly, it is hereby

  **ORDERED** by **June 29, 2021**, the parties shall submit their joint letter and proposed case management plan per the Individual Rules. It is further

  **ORDERED** that by **June 30, 2021**, the parties shall submit a joint proposed order granting injunctive relief.

Dated: June 28, 2021
   New York, New York

                LORNA G. SCHOFIELD
              UNITED STATES DISTRICT JUDGE