UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BONG HWA USA, INC.,

                            Plaintiff,        21 Civ. 3579 (LGS)

          -against-                ORDER

USF COLLEECTIONS, INC.,

                          Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated June 28, 2021, directed the parties to submit a joint proposed order granting their agreed-upon preliminary injunctive relief (Dkt. Nos. 18, 19) by June 30, 2021 (Dkt. No. 23).

      WHEREAS, the parties have not submitted such proposed order. It is hereby

      **ORDERED** that by **July 6, 2021**, the parties shall submit a joint proposed order granting their agreed-upon preliminary injunctive relief.

Dated: July 1, 2021
       New York, New York

                                                     LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE