UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BONG HWA USA, INC., :
: 
                               Plaintiff, :        21 Civ. 3579 (LGS)
:
            -against- :        ORDER
:
USF COLLEECTIONS, INC., :
                              Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Order, dated June 28, 2021, directed the parties to submit a joint proposed order granting their agreed-upon preliminary injunctive relief (Dkt. Nos. 18, 19) by June 30, 2021 (Dkt. No. 23).

     WHEREAS, the parties did not submit such proposed order and the Order, dated July 1, 2021, directed the parties to submit it by July 6, 2021 (Dkt. No. 26).

     WHEREAS, the parties did not submit the proposed order. It is hereby

     **ORDERED** that as soon as possible and no later than **July 12, 2021**, the parties shall submit a joint proposed order granting their agreed-upon preliminary injunctive relief.

     The parties are reminded that compliance with Court-ordered deadlines is not optional. Further noncompliance may result in sanctions or prejudice.

Dated: July 7, 2021
         New York, New York

                                                        LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE