UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONG HWA USA, INC.,<br><br>         Plaintiff,<br><br>- against -<br><br>USF COLLEECTIONS, INC. a/k/a USF COLLECTIONS, INC.,<br><br>         Defendant. | Case No. 21-cv-3579 (LGS)<br><br>**Order Granting Preliminary Injunctive Relief** |

**LORNA G. SCHOFIELD**, United States District Judge:

**WHEREAS**, Plaintiff has filed a motion for temporary restraining order and preliminary injunction (the "Motion," Dkt. No. 5).

**WHEREAS** the parties have stipulated to Plaintiff's requested preliminary injunctive relief (Dkt. Nos. 18, 19). It is hereby

**ORDERED** that, until further Order of the Court or other disposition of this Action, Defendant USF COLLEECTIONS, INC. will cease distributing, importing, exporting, advertising, distributing, selling and/or offering for sale any products bearing the Switch™ Brand mark and trade dress.

Dated:  July 12, 2021
     New York, New York

                   _____
                     LORNA G. SCHOFIELD
                  UNITED STATES DISTRICT JUDGE